UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ARTHUR E. HICKMAN, etc., et al.,<br><br>    Defendants. | Case No. 1:12-CV-01098-LJO-SKO<br><br>JUDGMENT |

    Defendants Arthur E. Hickman, individually and as trustee of the Hickman Family Trust Date 09-22-90; Jacqueline D. Hickman, individually and as trustee of the Hickman Family Trust Date 09-22-90; Joseph Termini, individual and dba Charter Realty and Property Management having served a timely offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure upon plaintiff Kim Downey only, and plaintiff Kim Downey having filed a timely notice of acceptance of that offer of judgment,

    JUDGMENT IS HEREBY ENTERED in favor of plaintiff Kim Downey and against defendants Arthur E. Hickman, individually and as trustee of the

Hickman Family Trust Date 09-22-90; Jacqueline D. Hickman, individually and as trustee of the Hickman Family Trust Date 09-22-90; Joseph Termini, individual and dba Charter Realty and Property Management in the amount of Forty Thousand Dollars and No Cents ($40,000.00), inclusive of any claim for attorneys' fees and costs.  This judgment does not terminate this action in that the claims of plaintiff Laren Salisbury remain unresolved.

IT IS SO ORDERED.

Dated:   December 17, 2012         /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE