GREATER BAKERSFIELD LEGAL ASSISTANCE, INC.
  Mark A. Roy (SBN 255286)
  mroy@gbla.org
  Erica L. Fessler (SBN 276944)
  efessler@gbla.org
615 California Ave.
Bakersfield, CA 93304
Phone: (661) 334-4679
Fax: (661) 325-4482

Attorneys for Plaintiffs

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>ARTHUR E. HICKMAN, etc., et al.,<br><br>    **Defendants.** | Case No. **1:12-CV-01098-LJO-SKO**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES AND FURTHER RESPONSE TO PLAINTIFF LAREN SALISBURY'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANTS**<br><br>**Hearing:**<br><br>**Date:    January 30, 2013**<br>**Time:    9:30 a.m.**<br>**Room:    SKO**<br><br>***Telephonic Appearance Requested*** |

Please take notice that on Wednesday, January 30, 2013, at 9:30 a.m., plaintiff Laren Salisbury will move the Honorable Sheila K. Oberto, United States

Magistrate Judge for the Eastern District of California, for issuance of an order granting plaintiffs' motion to compel defendants to provide responses or further responses to the following discovery:

- Plaintiff Laren Salisbury's first set of interrogatories to defendant Arthur E. Hickman (Nos. 1-5, 9 and 10), served September 27, 2012;

- Plaintiff Laren Salisbury's first set of interrogatories to defendant Joseph Termini (Nos. 1-5, 9 and 10), served September 27, 2012;

- Plaintiff Laren Salisbury's first request for production to defendant Arthur E. Hickman (Nos. 1, 3, 4, 5, 7, 9, 11, 15-19), served September 27, 2012;

- Plaintiff Laren Salisbury's first request for production to defendant Joseph Termini (Nos. 1, 3, 4, 5, 7, 9, 11, 15-19), served September 27, 2012; and,

- Plaintiff Laren Salisbury's first request for production to defendant Umberto Crimi (Nos. 1, 3, 4, 5, 7, 9, 11, 15-19), served September 27, 2012.

This motion is brought pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 251(a) and (e).   As required under those rules, counsel conferred on November 26, 2012.  Counsel will appear telephonically at the January 30 hearing.

There is good cause to grant this motion because each discovery request at issue is calculated to discover information about witnesses, documents, things, data, and practices that are relevant to the claims and defenses identified by the pleadings and joint scheduling report.  Moreover, any concern regarding privacy has been addressed by the protective order entered in this action on November 5, 2012 (doc. 25).

///

///

1    The motion is based on this notice and the joint statement re discovery

2 disagreement that will be filed accordance with Local Rule 251(a) and ©.

3    Dated: January 2, 2013.

4                                          Respectfully submitted,

5                                          BRANCART & BRANCART

6

7                                          */s/ Christopher Brancart*
                                           Christopher Brancart
8                                          Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on January 2,

3   2013, I served by email via the Court's ECF system a copy of the attached
document, entitled **NOTICE OF MOTION AND MOTION TO COMPEL**

4   **RESPONSES AND FURTHER RESPONSE TO PLAINTIFF**
**LAREN SALISBURY'S FIRST SET OF INTERROGATORIES AND FIRST**

5   **REQUEST FOR PRODUCTION TO DEFENDANTS** upon the following
attorneys:

6

Anthony N. DeMaria

7   McCormick, Barstow
5 River Park Place East

8   Fresno, CA  93720
Fax: (559) 433-2300

9   E-mail:  anthony.demaria@mccormickbarstow.com

10  James J. Braze
Borton and PetriniStockdale Tower

11  5060 California A venue Suite 700
Bakersfield, CA 93309

12  Phone: (661) 322-3051
Fax: (661) 322-4628

13  E-Mail: jbraze@bortonpetrini.com

14  Mark A. Roy
Greater Bakersfield Legal Assistance

15  615 California Ave.
Bakersfield, CA 93304

16  Phone: (661) 334-4679
Fax: (661) 325-4482

17  Email:   mroy@gbla.org

18                                                */s/ Christopher Brancart*

19

20

21

22

23

24

25

26

27

28

-4-