UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARTHUR E. HICKMAN, etc.,<br>et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01098-LJO-JLT<br><br>ORDER RE DISMISSAL OF PLAINTIFF KIM DOWNEY'S CLAIMS AGAINST DEFENDANT UMBERTO CRIMI. |

　　　Based on the stipulation of the parties and good cause appearing therefor, plaintiff Kim Downey's claims against defendant Umberto Crimi are dismissed without prejudice, with each side to bear its own costs.

　　　The clerk is direct NOT to close this action.

IT IS SO ORDERED.

　Dated:   **January 29, 2013**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE