UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAREN SALISBURY and KIM DOWNEY,**<br><br>　　　　**Plaintiffs,**<br><br>　vs.<br><br>**ARTHUR E. HICKMAN, etc., et al.,**<br><br>　　　　**Defendants.** | Case No. 1:12-CV-01098-LJO-SKO<br><br>**[ORDER RE PARTIAL RESOLUTION OF PLAINTIFFS' MOTION TO COMPEL [DOC. 28]** |

　　　Based on the stipulation of the parties and good cause appearing therefor:

　　　1.　　The hearing on plaintiffs' motion to compel [Doc. 28] set for January 30, 2013, has been taken off calendar. The parties have deferred, without prejudice, further resolution of their dispute regarding plaintiffs' document production request numbers 7, 8, 11-13, 15-19 and interrogatory numbers 5 and 6.

//

//

1     2.    Defendants shall provide discovery as set forth in the Joint Application and Stipulation re Partial Resolution of Plaintiffs' Motion to Compel filed January 25, 2013 [Doc. 33], by February 14, 2013.

IT IS SO ORDERED.

Dated:   **January 29, 2013**           /s/ **Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE