McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
   5 River Park Place East
3  Fresno, California 93720-1501
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  Attorneys for Defendants ARTHUR E. HICKMAN, individually and as trustee of the
6  Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as
7  trustee of the Hickman Family Trust Dated 09022090; JOSEPH TERMINI, individually and
8  dba CHARTER REALTY AND PROPERTY MANAGEMENT.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and AS TRUSTEE OF THE Hickman Family Trust Dated 09-22-90; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT; and UMBERTO CRIMI,<br><br>Defendants. | Case No. 1:12-cv-01098-LJO-SKO<br><br>**ORDER RE SATISFACTION OF JUDGMENT IN FULL AS TO ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT** |

The Court, having considered the foregoing Acknowledgment of Satisfaction of Judgment in Full as to defendants, ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT, in the total amount of Forty Thousand Dollars and 00/100 ($40,000.00), said Judgment is hereby fully satisfied.

ORDER

1     A copy of the executed Acknowledgment is attached hereto as Exhibit "A".

2     IT IS SO ORDERED.

6 IT IS SO ORDERED.

7     Dated: **February 19, 2013**        **/s/ Lawrence J. O'Neill**
8                                                         UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
NOTICE OF ACKNOWLEDGMENT