GREATER BAKERSFIELD LEGAL ASSISTANCE, INC.
  Mark A. Roy (SBN 255286)
  mroy@gbla.org
  Erica L. Fessler (SBN 276944)
  efessler@gbla.org
615 California Ave.
Bakersfield, CA 93304
Phone: (661) 334-4679
Fax: (661) 325-4482

Attorneys for Plaintiffs

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>ARTHUR E. HICKMAN, etc., et al.,<br><br>    **Defendants.** | Case No. **1:12-CV-01098-LJO-JLT**<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER COMPELLING DISCOVERY**<br><br>**Hearing:**<br><br>Date: **March 6, 2013**<br>Time: **9:30 a.m.**<br>Room: **JLT**<br><br>***Telephonic Appearance Requested*** |

  Please take notice that on Wednesday, March 6, 2013, at 9:30 a.m., plaintiff

Laren Salisbury will move the Honorable Jennifer L. Thurston, United States

Magistrate Judge for the Eastern District of California, for issuance of an order striking the answer of defendants (doc. 11) for their failure to comply with this Court's order compelling discovery (doc. 37).

This motion is brought pursuant to Rule 37(b) of the Federal Rules of Civil Procedure and Local Rule 251(e).  Counsel will appear telephonically at the March 6 hearing.

There is good cause to grant this motion because defendants have failed or refused to comply, in any manner, with the Court's order, dated January 29, 2013, compelling discovery in this case.  (Doc 37.)

The motion is based on this notice and supporting memorandum, which will be filed by February 20, 2013, in accordance with Local Rule 251(e).

Dated: February 13, 2013.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart
Attorneys for Plaintiffs

-2-

## CERTIFICATE OF SERVICE

   Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on February 13, 2013, I served by email via the Court's ECF system a copy of the attached document, entitled **NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER COMPELLING DISCOVERY** upon the following attorneys:

James J. Braze
Borton and PetriniStockdale Tower
5060 California A venue Suite 700
Bakersfield, CA 93309
Phone: (661) 322-3051
Fax: (661) 322-4628
E-Mail: jbraze@bortonpetrini.com

Mark A. Roy
Greater Bakersfield Legal Assistance
615 California Ave.
Bakersfield, CA 93304
Phone: (661) 334-4679
Fax: (661) 325-4482
Email:   mroy@gbla.org

              */s/ Christopher Brancart*

-3-