James J. Braze, Esq.; SBN 75911
Gail Stimmell Braze Esq.; SBN 143170
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303-2026
Telephone (661) 322-3051
Facsimile (661) 322-4628
E-Mail: jbraze@bortonpetrini.com

Attorneys for defendants, Arthur E. Hickman, individually and as Trustee of The Hickman Family Trust Dated 09-22-90; Jaqueline D. Hickman, individually and as Trustee of The Hickman Family Trust Dated 09-22-90; Joseph Termini, individually and dba Charter Realty and Property Management; and Umberto Crimi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY, <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT; and UMBERTO CRIMI, <br><br> Defendants. | Case No. 1:12-CV-01098 LJO-JLT <br><br> **RESPONSE AND OPPOSITION BY DEFENDANTS TO MOTION OF PLAINTIFF, LAREN SALISBURY, FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER COMPELLING DISCOVERY; DECLARATION OF JAMES J. BRAZE** <br><br> Hearing Date: March 13, 2013 <br> Hearing Time: 9:30 a.m. <br> Room: JLT <br><br><br> TRIAL: December 10, 2013 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

        Defendants, ARTHUR E. HICKMAN, individually and as trustee of the Hickman

H:\PUBLIC\054830\067682 Salisbury v. Hickman\PLEADINGS\RESPONSE AND OPPOSITION BY DEFENDANTS TO MOTION OF PLAINTIFF, LAREN SALISBURY, FOR SANCTIONS.wpd

1

DEFENDANTS' OBJ TO MOT FOR SANCTIONS

1. Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT; and UMBERTO CRIMI (hereinafter "Defendants"), hereby respond to plaintiff, LAREN SALISBURY's, Motion for Sanctions for Failure to Comply with Court Order Compelling Discovery.

## DECLARATION OF JAMES J. BRAZE.

I, James J. Braze, declare:

1. That I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice before the United States District Court for the Eastern District of California.

2. This declaration is made in support of defendants' opposition to plaintiffs' motion for sanctions for failure to provide discovery

3. It should be noted that when we were negotiating the deadlines for these discovery responses, I requested until the end of February 2013 to provide the documents and discovery responses, but plaintiff's counsel insisted on an earlier date of February 14, 2013. I felt that this was unrealistic but I assumed that I would be given some leeway in responding.

4. We have finally obtained all of the documents relating to the tenant files from Arrowhead Mobile Home Park. This was the main stumbling block in responding to the request for production of documents and the further answers to interrogatories. On February 26, 2013, we provided the entire tenant file of plaintiff, Lauren Salisbury, to plaintiff's counsel.

5. On March 5, 2013, I was finally able to convince personal counsel for the defendants to allow me to produce the tenant files from Arrowhead Mobile Home Park. On March 5, 2013, I personally drove to Ridgecrest, California from Bakersfield, California, a distance of 114 miles, to collect the tenant files. These files were then copied and personal financial information was redacted. They were immediately produced to plaintiff's counsel on March 8, 2013. The files were significantly large and required two banker's boxes to hold.

6. Simultaneously, I was able to prepare responses to interrogatories based on

H:\PUBLIC\054830\067082
Salisbury v. Hickman\PLEADINGS\RESPONSE AND OPPOSITION BY DEFENDANTS TO MOTION OF PLAINTIFF, LAREN SALISBURY. FOR SANCTIONS.wpd

2

DEFENDANTS' OBJ TO MOT FOR SANCTIONS

information from the tenant files. On March 6, 2013, I forwarded the further responses to interrogatories to personal counsel for defendants for review and verification. The verified answers to interrogatories were served on plaintiff's counsel on March 8, 2013.

7. At this time all discovery requests have been responded to by defendants.

8. The delay in responding to the discovery requests resulted from the clients' fear of producing the tenant files and revealing the personal and financial information of the tenants. It was only after significant negotiations and efforts to convince them that personal and financial information not be revealed and further that there was a protective order in place which would insulate them from liability that they agreed to produce the information. Since the clients were sincere in their efforts to protect the tenants' rights, we ask they not be punished for this delay.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters I believe them to be true.

Dated: March 8, 2013

By:     //s// JAMES J. BRAZE
James J. Braze, Attorneys for Arthur E. Hickman, individually and as Trustee of The Hickman Family Trust Dated 09-22-90; Jaqueline D. Hickman, individually and as Trustee of The Hickman Family Trust dated 09-22-90; Joseph Termini, individually and dba Charter Realty and Property Management; and Umberto Crimi

H:\PUBLIC\054830\067082
Salisbury v.
Hickman\PLEADINGS\RESPONSE AND OPPOSITION BY DEFENDANTS TO MOTION OF PLAINTIFF, LAREN SALISBURY. FOR SANCTIONS.wpd

3

DEFENDANTS' OBJ TO MOT FOR SANCTIONS

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015.5)**

STATE OF CALIFORNIA, COUNTY OF KERN

      I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

      On **March 8, 2013**, Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served by email via the Court's ECF system a copy of the attached document, entitled **RESPONSE AND OPPOSITION BY DEFENDANTS TO MOTION OF PLAINTIFF, LAREN SALISBURY, FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER COMPELLING DISCOVERY; DECLARATION OF JAMES J. BRAZE** upon the following attorneys

Mark A. Roy
Erica L. Stephens
Greater Bakersfield Legal Assistance, Inc.
615 California Avenue
Bakersfield, CA 93304
**mroy@gbla.org**

Christopher Brancart
Elizabeth Brancart
Brancart & Brancart
PO Box 686
Pescardero, CA 94060
**cbrancart@brancart.com**

**BY ELECTRONIC SERVICE:**

      Pursuant to C.C.P. section 1010.6(a)(6) and C.R.C. rule 2.260, service shall be completed via electronic transmission to the above person(s) transmission of such is at the email address(es) indicated above:

Executed on **March 8, 2013**, at **Bakersfield**, California.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Althea Nicholson          //s// Althea Nicholson
    Type or Print Name              Signature

H:\PUBLIC\054830\067082
Salisbury v.
Hickman\DISCOVERY\POS
on Response and Objection to
Motion for Sanctions
3-8-13.wpd

1