# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARTHUR E. HICKMAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01098 LJO JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Docs. 52) |

　　　　Before the Court is the stipulation of counsel to continue the settlement conference from March 21, 2013 to June 26, 2013.  (Doc. 52)  Because it does not appear the matter is currently in a settlement posture, the Court **GRANTS** the request. Therefore the Court **ORDERS** the settlement conference currently set on March 21, 2013 is continued to June 26, 2013 at 9:30 a.m.

IT IS SO ORDERED.

　Dated:　**March 20, 2013**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1