1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
   5 River Park Place East
3  Fresno, California 93720-1501
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  Attorneys for Defendants ARTHUR E.
   HICKMAN, individually and as trustee of the
6  Hickman Family Trust Dated 09-22-90;
   JAQUELINE D. HICKMAN, individually and as
7  trustee of the Hickman Family Trust Dated
   09022090; JOSEPH TERMINI, individually and
8  dba CHARTER REALTY AND PROPERTY
   MANAGEMENT.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| LAREN SALISBURY and KIM DOWNEY, | Case No. 1:12-cv-01098-LJO-JLT |
|---|---|
| Plaintiffs, | **STIPULATION TO VACATE JUDGMENT AND DISMISS COMPLAINT WITH PREJUDICE FOR CASE AND COMPLAINT OF PLAINTIFF KIM DOWNEY; ORDER VACATING JUDGMENT NON PRO TUNC AND ENTERING DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO PLAINTIFF KIM DOWNEY** |
| v. | |
| ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and AS TRUSTEE OF THE Hickman Family Trust Dated 09-22-90; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT; and UMBERTO CRIMI, | |
| Defendants. | |

Plaintiff, KIM DOWNEY, and defendants ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09022090; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT, previously resolved this case by way of offer and acceptance of settlement under FRCP 68. By operation of FRCP 68, judgment was entered on the settlement offer. The parties now agree and so stipulate to VACATE the judgment, non pro

1  tunc, and thereafter enter a Dismissal with prejudice as to the entire case and entire Complaint of KIM
2  DOWNEY.  A release shall be signed by KIM DOWNEY as to all defendants.  The parties agree and
3  stipulate that good cause exists therefore, and stipulate that the Court may and should enter the
4  following Orders:

5      1.    Vacate the Judgment entered pursuant to the FRCP 68 settlement, for the case of KIM
6  DOWNEY, non pro tunc, as to all parties; and

7      2.    Accept and enter the Dismissal with Prejudice of the entire case and Complaint of KIM
8  DOWNEY, ordering KIM DOWNEY's Complaint Dismissed with Prejudice.

9      The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall
10 be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further,
11 that faxed signatures shall be valid and binding as original signatures.

12     The matter shall remain settled, but the settlement shall now be concluded upon a Release and
13 Dismissal.  This stipulation, and the stipulated Order, below, is only as to the action and Complaint of
14 KIM DOWNEY, and does not affect the Complaint and action of LAREN SALISBURY.  All parties
15 are to bear their own costs and attorneys' fees.  The parties thank the Court for the same.  The parties
16 stipulate and agree that the Court execute and enter the Order included herein.

17

18 Dated:  May ___, 2013        McCORMICK, BARSTOW, SHEPPARD,
19         WAYTE & CARRUTH LLP

20

21     By: /s/ Anthony N. DeMaria
22     Anthony N. DeMaria
    Attorneys for Defendants ARTHUR E. HICKMAN,
23     individually and as trustee of the Hickman Family
    Trust Dated 09-22-90; JAQUELINE D.
24     HICKMAN, individually and as trustee of the
    Hickman Family Trust Dated 09022090; JOSEPH
25     TERMINI, individually and dba CHARTER
    REALTY AND PROPERTY MANAGEMENT

26

27

28

|   |   |   |
|---|---|---|
| Dated: May 2, 2013 | | GREATER BAKERSFIELD LEGAL ASSISTANCE, INC. |

By: _____/s/ Mark A. Roy_____
Mark A. Roy
Attorneys for Plaintiffs

Dated: May ___, 2013               BRANCART & BRANCART

By: _____/s/ Christopher Brancart_____
Christopher Brancart
Attorneys for Plaintiffs

Dated: May ___, 2013               BORTON & PETRINI

By: _____/s/ James J. Braze_____
James J. Braze
Attorneys for Defendants ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09022090; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT and UMBERTO CRIMI

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

**ORDER TO VACATE JUDGMENT ENTERED IN FAVOR OF KIM DOWNEY, NON PRO TUNC, AND DISMISS WITH PREJUDICE THE ENTIRE COMPLAINT OF KIM DOWNEY WITH PREJUDICE**

Based Upon the Stipulation of counsel and good cause appearing therefore, the Court hereby ORDERS that the judgment entered pursuant to the FRCP 68 settlement in favor of KIM DOWNEY as to ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 09022090; JOSEPH TERMINI, individually and dba CHARTER REALTY AND PROPERTY MANAGEMENT, a copy of which is attached hereto as Exhibit "A", entered on December 17, 2012, is VACATED in its entirety, non pro tunc.

Further, based upon the stipulation of counsel, the Court hereby ORDERS that the Complaint of KIM DOWNEY IS DISMISSED WITH PREJUDICE in its entirety, as to all defendants and all parties, further, all parties to bear their own costs, fees and attorneys' fees.

The Complaint of LAREN SALISBURY shall remain active and is not dismissed. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **May 7, 2013**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE