UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ARTHUR E. HICKMAN, etc., et al.,<br><br>　　　　　Defendants. | Case No. 1:12-CV-01098-LJO-JLT<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>(Doc. 62) |

　　　Based on the joint application and stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the settlement conference in this action is continued from June 26, 2013, to Friday, July 12, 2013, at 10:00 a.m.

　IT IS SO ORDERED.

　　　Dated: **June 11, 2013**　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE