# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARTHUR E. HICKMAN, etc.,<br>et al.,<br><br>　　　　Defendants. | Case No. 1:12-CV-01098-LJO-JLT<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>(Doc. 64) |

Based on the joint application and stipulation of the parties, and good cause therefor, the Court **ORDERS**;

1. Non dispositive motions SHALL be filed no later than July 19, 2013 and heard no later than August 16, 2013.

**No other amendments to the scheduling order are authorized.**

IT IS SO ORDERED.

Dated:   **June 28, 2013**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE