**GREATER BAKERSFIELD LEGAL ASSISTANCE, INC.**
**GBLA Fair Housing Law Project**
Alfred R. Hernandez (SBN 192189)
ahernandez@gbla.org • 661-321-3985
Mark A. Roy (SBN 255286)
mroy@gbla.org • 661-321-3989
615 California Ave.
Bakersfield, CA  93304
Phone: 661-334-4679
Fax:    661-325-4482

**BRANCART & BRANCART**
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
Elizabeth Brancart (SBN 122092)
ebrancart@brancart.com
P.O. Box 686
Pescadero, CA  94060
Phone: 650-879-0141
Fax:    650-879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR E. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 9-22-90; JAQUELINE D. HICKMAN, individually and as trustee of the Hickman Family Trust Dated 9-22-90; JOSEPH TERMINI, dba CHARTER REALTY AND PROPERTY MANAGEMENT; and UMBERTO CRIMI,<br><br>Defendants. | Case No.: 1:12-cv-01098-LJO-JLT<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF ISSUE**<br><br>**Hearing:**<br>Date:    September 12, 2013<br>Time:   8:30 AM<br>Room:   LJO |

Please take notice that on Thursday, September 12, 2013, at 8:30 a.m., plaintiff Laren Salisbury will move the Honorable Lawrence J. O'Neill, United States District Judge for the Eastern District of California, for an order granting summary adjudication of an issue in this action. Specifically, plaintiff moves for an order ruling that defendant Umberto Crimi engaged in a course

of conduct of harassment of plaintiff Laren Salisbury based on the judgment adjudicating that same issue in the superior court.  A proposed order is lodged with this motion.

This motion is brought pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 260(a).  There is good cause to grant this motion because here is no genuine dispute as to any material fact to be decided on this one issue and that plaintiff is entitled to judgment as a matter of law.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Statement of Undisputed Facts, Plaintiff's Request for Judicial Notice, the Declaration of Mark Roy, and the Declaration of Julie Tedford filed concurrently with this notice.

Dated: August 5, 2013

    Respectfully Submitted,

    GREATER BAKERSFIELD LEGAL ASSISTANCE, INC.
    GBLA Fair Housing Law Project

    /s/  Mark A. Roy
    Mark A. Roy
    mroy@gbla.org

    Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 5, 2013, I served by email via the Court's ECF system a copy of the attached document, entitled **NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF ISSUE** upon the following attorneys:

James Braze
Borton and Petrini
Stockdale Tower
5060 California Avenue Suite 700
Phone: (661) 322-3051
Fax: (661) 322-4628
jbraze@bortonpetrini.com

Christopher Brancart
Elizabeth Brancart
Brancart & Brancart
P.O. Box 686
Pescadero, CA  94060
Phone: 650-879-0141
Fax:    650-879-1103
cbrancart@brancart.com
ebrancart@brancart.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 5, 2013, at BAKERSFIELD, California.


\_\_\_\_Mark Roy\_\_\_\_                               //s// Mark Roy
Type or Print Name                                Signature