UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN SALISBURY, et al., | CASE NO. CV F 12-1098 LJO JLT |
| Plaintiffs, | **ORDER TO SET BRIEFING SCHEDULE** (Doc. 80.) |
| vs. | |
| ARTHUR E. HICKMAN, et al., | |
| Defendants. | |

The parties have filed a stipulation for briefing their summary judgment motions and to set a consolidated hearing. On the basis of good cause, this Court:

1. ORDERS the parties, no later than August 28, 2013, to file and serve summary judgment opposition papers;

2. ORDERS the parties, no later than September 4, 2013, to file and serve summary judgment reply papers; and

3. VACATES the September 4, 2013 and September 12, 2013 summary judgment hearings set by the parties.

Pursuant to its practice, this Court will consider the summary judgment motions on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   **August 12, 2013**                              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28