# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR E. HICKMAN, et al., <br><br> Defendants. | Case No.: 1:12-cv-01098 - LJO - JLT <br><br> ORDER TERMINATING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER FOR FAILURE TO FILE A JOINT STATEMENT (Doc. 68) <br><br> ORDER TERMINATING DEFENDANTS' MOTIONS FOR A PSYCHOLOGICAL EXAMINATION (Doc. 69) AND MOTION TO COMPEL (Doc. 70) PURSUANT TO THE TERMS OF THE PARTIES' STIPULATION |

On August 9, 2013, Plaintiff and Defendants filed a stipulation, informing the Court that the parties had resolved some of their pending discovery disputes. (Doc. 78). Defendants agreed to withdraw their motions to compel a psychological examination (Doc. 69) and to compel production of documents (Doc. 70). Accordingly, these motions are **TERMINATED** pursuant to the terms of the parties' stipulation.

In the stipulation, the parties reported also that "Defendants still seek issuance of the protective order sought by way of Doc. 68." (Doc. 78 at 3). On July 26, 2013, the Court ordered the parties "to file a joint statement as to any motion listed in Docs. 67, 68, 69, [and] 70—even if a joint statement would not otherwise be required." (Doc. 72). The Court warned the parties that failure to do so would result in the Court dropping the matter from calendar. *Id.* In spite of this warning, the parties did not

file a joint statement regarding Defendants' motion for a protective order.  Accordingly, Defendants' motion (Doc. 69) is **DROPPED** from the Court's calendar, and the motion is **TERMINATED**.

      Defendants **SHALL** provide discovery as set forth in the "Joint Application and Stipulation Resolving Certain Discovery Disputes" filed August 9, 2013, within 14 days of issuance of this Order.

IT IS SO ORDERED.

Dated:   **August 14, 2013**               /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE