UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ARTHUR E. HICKMAN, etc., et al.,<br><br>          Defendants. | Case No. 1:12-CV-01098-LJO-JLT<br><br>ORDER AMENDING BRIEFING SCHEDULE ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT |

The parties have filed a stipulation for a two-day extension in the briefing schedule on their pending summary judgment motions. On the basis of good cause, this Court:

1. ORDERS the parties, no later than August 30, 2013, to file and serve summary judgment opposition papers; and

2. ORDERS the parties, no later than September 6, 2013, to file and serve summary judgment reply papers.

IT IS SO ORDERED.

**Dated:   August 28, 2013**          /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE