**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY, <br><br> Plaintiffs, <br><br> vs. <br><br> ARTHUR E. HICKMAN, etc., et al,, <br><br> Defendant | Case No.: 1:12-CV-01098 LJO JLT <br><br> ORDER ENLARGING TIME TO FILE REPSOSNES TO LIMINE MOTIONS |

Based on the joint application of the parties, and good cause appearing therefor, the pretrial conference order (Doc. 113) is amended to extend the deadline for filing responses to motions in limine from November 18, 2013, to November 25, 2013.

IT IS SO ORDERED.

Dated:  **November 18, 2013**     **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE