GREATER BAKERSFIELD LEGAL ASSISTANCE, INC.
  Alfred Hernandez (SBN 192189)
   Ahernandez@gbla.org
  Mark A. Roy (SBN 255286)
   mroy@gbla.org
615 California Ave.
Bakersfield, CA 93304
Tel:   (661) 334-4679
Fax:  (661) 325-4482

Attorneys for Plaintiffs

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
   cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
   ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAREN SALISBURY and KIM DOWNEY,**<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**ARTHUR E. HICKMAN, etc., et al.,**<br><br>　　　　Defendants. | Case No. 1:12-CV-01098-LJO-JLT<br><br>**NOTICE OF SETTLEMENT OF ACTION** |

　　By this notice, plaintiff Laren Salisbury advises the Court that on Sunday, November 24, 2013, the parties reached a settlement of this action.   Within 14

///

///

1 | days of the date of this notice, the parties shall file the related dismissal of action.

Dated: November 25, 2013.

Respectfully Submitted,

GREATER BAKERSFIELD LegalL ASSISTANCE

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on November 25, 2013, I served by email via the ECF system a copy of the attached document, entitled **NOTICE OF SETTLEMENT OF ACTION** on the following attorneys:

James J. Braze
Borton & Petrini
Stockdale Tower
5060 California A venue Suite 700
Bakersfield, CA 93309
Fax: (661) 322-4628
E-Mail: jbraze@bortonpetrini.com

Alfred Hernandez
Mark Roy
Greater Bakersfield Legal Assistance
615 California Ave.
Bakersfield, CA 93304
Fax:   (661) 325-4482
Email: ahernandez@gbla.org

*/s/ Christopher Brancart*