UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>AUTHUR HICKMAN, et al.,<br><br>  Defendants. | **CASE NO. CV F 12-1098 LJO JLT**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 129.)** |

Plaintiff's counsel notified this Court that settlement has been reached among all parties and that dismissal papers will be filed no later than December 9, 2013, the day prior to the December 10, 2013 trial. Because of jury paneling, dismissal papers must be filed no later than December 6, 2013. As such, this Court ORDERS the parties, **no later than December 6, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. If this case is dismissed after December 6, 2013, the parties will be responsible to pay jury paneling costs. This Court SUSPENDS the motion in limine briefing and December 2, 2013 motion in limine hearing. Motions in limine can be heard on the first day of trial, December 10, 2013, if necessary.

1

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **November 26, 2013**              **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE