# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREN SALISBURY and KIM DOWNEY,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR E. HICKMAN, etc., et al.,<br><br>Defendants. | Case No. 1:12-CV-01098-LJO-JLT<br><br>ORDER DISMISSING ACTION |

Based upon the joint application and stipulation of the parties, and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the settlement agreement executed by the parties. The Court shall retain jurisdiction for purposes of enforcement only. The Clerk of the Court is directed to close this case in its entirety.

Dated: December 6, 2013            /s/ Lawrence J. O'Neill
                                   Honorable Lawrence J. O'Neill
                                   U.S. District Judge